# United States District Court
## WESTERN DISTRICT OF TENNESSEE
### Eastern Division

### JUDGMENT IN A CIVIL CASE

KENNETH RAY BRASHER,

v.

HENDERSON COUNTY, ET AL.,        CASE NUMBER:        1:04-1271-T/An

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 5/3/2005, this case is hereby DISMISSED and it is furthered CERTIFIED that any appeal in this matter is not taken in good faith.

**APPROVED:**

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

ROBERT R. Di TROLIO
CLERK

_05-09-05_    BY: _[signature]_
DATE                DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5/10/05.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 1:04-CV-01271 was distributed by fax, mail, or direct printing on May 10, 2005 to the parties listed.

---

Kenneth Ray Brasher
410 Hwy 70 East
Brownsville, TN 38012

Honorable James Todd
US DISTRICT COURT